THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. FREDERICK J. SHUSTER, PLAINTIFF IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 33 *Vroom* 521.

For the plaintiff in error, *Robert S. Clymer.*

For the defendant in error, *Lewis Starr,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, GUMMERE, LIPPINCOTT, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.   11.

*For reversal*—None.